UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| MELANIE S. CALL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SHC SERVICES, INC. a.k.a. SUPPLEMENTAL HEALTH CARE a.k.a. SHC HOLDCO, INC.,<br><br>　　　　　　Defendant. | **REPORT AND RECOMMENDATION TO DENY MOTION TO PROCEED *IN FORMA PAUPERIS* (DOC. NO. 1)**<br><br>Case No. 2:24-cv-00283<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

　　　　Before the court is Plaintiff Melanie S. Call's Motion to Proceed *In Forma Pauperis* (Doc. No. 1).

　　　　Under 28 U.S.C. § 1915, a federal court may authorize commencement of an action without prepayment of fees by a person who is unable to pay such fees.[1] To proceed *in forma pauperis* under § 1915, Ms. Call must show a financial inability to pay the required filing fee.[2] Although Ms. Call reports she is unemployed, she reports her spouse's gross monthly income exceeds 200% of the Federal Poverty Guidelines based on her household size, and therefore she has not shown a financial inability to pay the

---

[1] 28 U.S.C. § 1915(a)(1).

[2] *Lister v. Dep't Of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).

required filing fee.[3]

Accordingly, the undersigned RECOMMENDS the district judge DENY the motion. The undersigned further RECOMMENDS Ms. Call be given thirty (30) days to pay the filing fee.

The court will send this Report and Recommendation to Ms. Call, who is notified of her right to object to the same.[4] Ms. Call must file any objection to this Report and Recommendation within fourteen (14) days of service thereof.[5] Failure to object may constitute waiver of objections upon subsequent review.

DATED this 23rd day of April, 2024.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[3] *See* DUCivR 3-2(a)(1)(A) ("To qualify [to proceed In Forma Pauperis], a party's total monthly income must be equal to or below 200% of the United States poverty guideline.")

[4] *See* 28 U.S.C. § 636(b)(1)(C); Fed R. Civ. P. 72(b)(2).

[5] *Id.*